**Opinion issued March 6, 2014**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-13-00863-CV

———————————

## DOV K. AVNI A/K/A DOV AVNI KAMINETZKY, Appellant

## V.

## DAVID A. NEWMAN, Appellee

On Appeal from the 333rd District Court
Harris County, Texas
Trial Court Case No. 2010-22875

## MEMORANDUM OPINION

Appellant, Dov K. Avni a/k/a Dov Avni Kaminetzky, has failed to timely file a brief. *See* TEX. R. APP. P. 38.6(a) (governing time to file brief), 38.8(a) (governing failure of appellant to file brief). Appellant's brief was due on December 9, 2013. *See* TEX. R. APP. P. 38.6(a). On December 27, 2013, appellant

filed a motion for extension of time to file appellant's brief. *See* TEX. R. APP. P. 10.5(b), 38.6(d). On January 9, 2014, the Court denied appellant's motion because appellant provided no explanation for the need for an extension. *See* TEX. R. APP. P. 10.5(b)(1)(C) (requiring moving party to state facts relied on to reasonably explain need for extension). The Court also notified appellant that this appeal was subject to dismissal, if appellant did not file his brief or a proper motion for extension of time providing a reasonable explanation for the need for an extension by January 20, 2014. *See* TEX. R. APP. P. 4.1, 10.5(b), 38.1, 38.6(d), 38.8(a)(1), 42.3(b).

On February 6, 2014, appellant filed another motion for extension of time to file appellant's brief. *See* TEX. R. APP. P. 10.5(b), 38.6(d). Appellant's motion fails to comply with Texas Rule of Appellate Procedure 10.5(b) and specifically fails to include any explanation for the need for an extension, as required by the Rules and our January 9, 2014 order. *See* TEX. R. APP. P. 10.5(b). Appellant's motion for extension is denied. *See* TEX. R. APP. P. 10.5(b), 38.6(d) (motion for extension must comply with Rule 10.5(b)).

Because appellant has failed to file a brief or a proper motion for extension of time, we dismiss the appeal for want of prosecution for failure to timely file a brief. *See* TEX. R. APP. P. 42.3(b). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Higley, and Sharp.